UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                                         Case Number: 7:15−cr−00160

Ernesto Cruz−Roman
Crystal Bernice Rodriguez

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 5/16/2016

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date: May 11, 2016

                                                                                              David J. Bradley, Clerk